

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-105-CV

IN RE RICKY C. JONES                                          RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL B: HOLMAN, LIVINGSTON, and GARDNER, JJ.

DELIVERED: March 25, 2008

------------

[1] See TEX. R. APP. P. 47.4.